Douglas R. Peterson (SBN 215949)
dpeterson@steptoe.com
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067-5052
Telephone:  (310) 734-3200
Facsimile:(310) 734-3300

Stanley A. Schlitter (admitted pro hac vice)
sschlitter@steptoe.com
Taras A. Gracey (admitted pro hac vice)
tgracey@steptoe.com
Amanda K. Streff (admitted pro hac vice)
astreff@steptoe.com
STEPTOE & JOHNSON LLP
115 South La Salle Street, Suite 3100
Chicago, IL 60603
Telephone:  (312) 577-1300
Facsimile:  (312) 577-1370

Daniel A. Kopp (admitted pro hac vice)
dkopp@steptoe.com
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington DC 20036
Telephone:  (202) 429-3000
Facsimile:   (202) 429-3902

Attorneys for Plaintiff, Semiconductor Energy
Laboratory Co., Ltd.

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMICONDUCTOR ENERGY LABORATORY CO., LTD., | Case No.: SACV 12-0021-JST(JPRx) |
| Plaintiff, | **ORDER REGARDING STIPULATION AND PROTECTIVE ORDER** |
| vs. | |
| CHIMEI INNOLUX CORPORATION, et al., | **[Discovery Document: Referred to Magistrate Judge Jean P. Rosenbluth]** |
| Defendants. | |
| | **(Stipulation and [Proposed] Protective Order filed concurrently)** |

ORDER REGARDING STIPULATION AND
PROTECTIVE ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ORDER</u>**

The Court having reviewed the parties' Stipulated Protective Order, and good cause appearing therefor, the Court hereby approves the Stipulated Protective Order.

Date: <u>September 14, 2012</u>

_____
Hon. Jean P. Rosenbluth
United States Magistrate Judge

1
ORDER REGARDING STIPULATION AND
PROTECTIVE ORDER